# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NATHANIEL VIRESE MITCHELL,<br><br>Defendant. | Case No.: **21-MJ-1203**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about January 28, 2021, within the Southern District of California, defendant NATHANIEL VIRESE MITCHELL, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: seven (7) rounds of Aguila 9mm ammunition and four (4) rounds of Giulio Fiocchi Lecco 9mm ammunition, loaded in firearm that did not contain a legitimate manufacturing mark or serial number (also known as a "ghost gun"); in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Arnesha Bahn
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 on this 1st day of April, 2021.

_____
HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about January 28, 2021, at approximately 11:27 am, San Diego Police Department ("SDPD") officers were alerted to an unresponsive driver sitting inside a vehicle at the intersection of Montezuma Road and College Avenue. Officers responded to the location, approached the vehicle from the passenger side, and observed an unresponsive subject sitting in the driver's seat. Officers later identified the subject as documented Lincoln Park Piru gang member and federal probationer, Nathaniel Virese MITCHELL. MITCHELL was the only occupant of the vehicle.

In an attempt to awaken MITCHELL, officers began yelling at him through the front passenger window. Following several unsuccessful attempts to wake him up, officers placed the vehicle in park, shook MITCHELL's shoulder, and began shouting at him. MITCHELL became responsive but appeared confused. While explaining the circumstances to MITCHELL, officers began visually looking around the vehicle for controlled substances which may have contributed to MITCHELL's condition. Subsequently, officers located in plain view, a tan in color, Glock style pistol laying between MITCHELL's feet.

Officers notified MITCHELL that they had observed a firearm and instructed MITCHELL to exit the vehicle but not reach for the firearm. Officers then opened the driver's side door and began issuing more commands for MITCHELL to get out of the vehicle. MITCHELL removed his seatbelt, placed the vehicle in drive, and fled westbound on Montezuma Road.

Officers returned to their patrol vehicle, activated the overhead lights and sirens, and pursued MITCHELL for a short period before losing sight of him as he accelerated

away. Officers later observed that MITCHELL had been in a single vehicle traffic collision on Montezuma Road and was ejected from the vehicle and badly injured. Paramedics transferred MITCHELL to a hospital for further medical treatment instead of taking him into immediate custody; however, MITCHELL later fled the hospital.

While officers were at the scene of the accident, a motorist alerted officers to the presence of a firearm laying in the middle of road at 5400 Montezuma Road, within the Southern District of California. Officers collected the firearm and identified it as the same firearm officers had previously observed inside MITCHELL's vehicle in plain view. This positive identification was facilitated by the pistol's especially unique appearance. Upon further inspection, officers identified the firearm as one that not contain a legitimate manufacturing mark or serial number, also known as a "ghost gun." The firearm had been loaded with eleven (11) rounds of 9 millimeter ("9mm") ammunition including one (1) round seated in the firearm chamber. Specifically, the firearm had been loaded with seven (7) rounds of Aguila 9mm ammunition and four (4) rounds of Giulio Fiocchi Lecco 9mm ammunition

Preliminary records checks revealed the following criminal history listed below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 03/12/1990 | CASC- San Diego | 211 PC – Robbery (Felony) | 3 Years' Probation 365 Days' Jail<br><br>Probation Revoked 3 Years' Prison |
| 12/05/1990 | CASC- San Diego | 212.5 (B) PC – Robbery: Second Degree (Felony)<br><br>Enhancing Factor: Used a Firearm | 7 Years' Prison |

| 10/12/1999 | CASC- San Diego | CNT 2: 211 PC – Robbery (Felony) Enhancing Factor: Used a Firearm | 2 Years' Prison |
| | | CNT3: 245 (B) PC – ADW Peace Officer/Fireman (Felony) | 6 Years' Prison |

     The ammunition was inspected. Preliminary checks revealed that none of the ammunition was manufactured in California. Therefore, the ammunition traveled in, and/or affected interstate commerce to arrive in the state of California.